# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCREST, LLC,<br><br>              Plaintiff,<br>   vs.<br>DENNIS LIGHT, et al.,<br><br>              Defendants. | CASE NO. 16cv974-LAB (KSC)<br><br>**ORDER REMANDING CASE** |

This is an unlawful detainer case. Dennis Light and Katrina King removed it to federal court, contending that this Court has jurisdiction because their answer "depends on the determination of Defendant[s'] rights and Plaintiff's duties under federal law." (Docket no. 1 at 2.)

The only cases that can be removed to federal court are those that could have originally been brought here. 28 U.S.C. § 1441(a); *Washington v. Chimei Innolux Corp.*, 659 F.3d 842, 847 (9th Cir. 2011). Under the well-pleaded complaint rule, it's only the plaintiff's claims that matter. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 63 (1987) ("It is long settled law that a cause of action arises under federal law only when the plaintiff's well-pleaded complaint raises issues of federal law."). Greencrest's complaint asserts claims for unlawful detainer, a purely state law matter. (*See* Docket no. 1-2.)

/ / /

Under 28 U.S.C. § 1447(c), the Court is required to remand a removed case if, at any time before final judgment, it appears subject matter jurisdiction is lacking. It may remand *sua sponte*, too; it doesn't have to wait for the motion of a party. *Dyer v. Greif Bros., Inc.*, 766 F.2d 398, 401 (9th Cir. 1985). That is the appropriate course here. This case is **REMANDED**.

**IT IS SO ORDERED**.

DATED: April 29, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge